IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LONNIE D. BOGARD (# 114137)**                                                  **PLAINTIFF**

**v.**                  **No. 4:06CV043-WAP-SAA**

**CHRISTOPHER EPPS, ET AL.**          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 28th day of April, 2006.

                                       /s/ W. Allen Pepper, Jr.
                                       W. ALLEN PEPPER, JR.
                                       UNITED STATES DISTRICT JUDGE